FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 23 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

CONCORD FARMS, INC. AND CONCORD
FARMS, INC., d/b/a SKYLINE SALES,

                           Plaintiffs,

- against -

SUN EAST TRADING CORP., et. al.,

                           Defendants,

-------------------------------------------------------------- X

**MEMORANDUM AND ORDER**

2012 Civ. 2302 (AMD)(MDG)

**DONNELLY,** District Judge.

When Judge Go permitted Dai & Associates to withdraw from representing the defendants in this case on June 18, 2015, she specifically ordered them to "promptly transmit the client files to defendants or their new counsel upon request." (ECF 66, at 2.) On December 15, 2015, attorney William X. Zou entered an appearance on behalf of individual defendants Jei Chen, Jian Cong Zhang, and Xue Ming Zhang. (ECF 70, 71, 72.) At a court conference today, Mr. Zou informed me that he had not yet received the case files from prior counsel, despite several requests.

The prior counsel for the defendants in this action, Jacob Y. Chen and Dawei Gongsun of Dai & Associates, P.C., are hereby ordered immediately to turn over their case files in *Concord Farms, Inc. v. Sun East Trading Corp.*, 1:12-cv-02302 (AMD) (MDG), to new counsel William X. Zou at the law offices of Xianfeng Zou, 136-20 38th Avenue, Suite 10D, Flushing, NY 11354. Prior counsel at Dai & Associates must either deliver the case files to Mr. Chen or have them available for pickup by close of business tomorrow, March 24, 2016, at the latest.

**SO ORDERED.**

s/Ann M. Donnelly
───────────────────────
Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
      March 23, 2016